UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAMES E. WILSON
      PLAINTIFF

VS.                                   CIVIL ACTION NO. 2:19-CV-394

ANDREW H. NINO, et al,
      DEFENDANTS.

United States Courts
Southern District of Texas
FILED
NOV 19 2020
David J. Bradley, Clerk of Court

## MOTION FOR PRELIMINARY INJUNCTION

PLAINTIFF JAMES E. WILSON (PRO SE) SUBMIT THIS MOTION FOR PRELIMINARY INJUNCTION. IN SUPPORT, PLAINTIFF OFFER THE FOLLOWING:

SINCE PLAINTIFF FILED SUIT ON DECEMBER 19, 2019 SEVERAL INVESTIGATIONS WAS INITIATED THAT RESULTED IN THE REMOVAL OF HIGH RANKING OFFICIALS. THE LATEST WAS ON OR ABOUT OCTOBER 10, 2020 THAT RESULTED IN PLAINTIFF BEING ASSAULTED AND LOCKED-UP BY OFFICER RAY GUEVARA. GUEVARA TOLD PLAINTIFF "THIS IS FOR CAPTAIN STURGIS". PLAINTIFF STAYED IN ADMINISTRATIVE SEGREGATION FOR ABOUT 26 DAYS WHERE PLAINTIFF WAS NOT ALLOWED TO SHOWER NOR RECREATED. PLAINTIFF WAS RELEASED BACK TO GENERAL POPULATION ON NOVEMBER 04, 2020 TO BE LOCKED BACK UP ON NOVEMBER 07, 2020. AGAIN PLAINTIFF IS NOT ALLOWED ANY RIGHTS NOR PRIVILEGES. PLAINTIFF'S PERSONAL PROPERTY HAVE BEEN DESTROYED AND LEGAL WORK HAVE BEEN CONFISCATED. PLAINTIFF REALLY HATE TO BURDEN THE COURT AT THIS JUNCTURE IN THE PROCEEDINGS. HOWEVER, PLAINTIFF HAVE REACHED OUT TO EVERY RESOURCE KNOWN TO PLAINTIFF. PLAINTIFF THANK THIS COURT FOR ANY AND ALL RELIEF THIS COURT DEEM APPROPRIATE. PLAINTIFF ALSO THANK THIS COURT FOR THE TIME INVESTED IN THIS MATTER.

RESPECTFULLY
SUBMITTED

James E. Wilson
PRO SE

JAMES E. WILSON
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TX. 78102

## CERTIFICATE OF SERVICE

I JAMES E. WILSON, PRO SE PLAINTIFF, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FORGOING, MOTION FOR PRELIMINARY INJUNCTION HAS BEEN SERVED VIA U.S. POSTAL SERVICE, POSTAGE PREPAID, ON NOVEMBER 16, 2020, ADDRESSED TO:

SHEAFFER K. FENNESSEY
OFFICE OF ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX. 78711-2548

James E. Wilson
PRO SE

JAMES WILSON #1842956
MCCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TX. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 NOV 2020 PM 3 L



United States Courts
Southern District of Texas
FILED
NOV 19 2020
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT CLERK
1133 N. SHORELINE BLVD.
CORPUS CHRISTI, TX. 78401

78401-204239